## ATTACHMENT 1(C) TO CIVIL COVER SHEET

**ATTORNEYS FOR PLAINTIFF:**

JOHN R. HABASHY, ESQ. (SBN. 236708)
*john@lexiconlaw.com*
TIFFANY N. BUDA, ESQ. (SBN. 232679)
*tiffany@lexiconlaw.com*
**LEXICON LAW, PC**
633 W. 5th Street, 28th Floor
Los Angeles, CA 90071
Telephone: (213) 223-5900
Facsimile: (888) 373-2107

RYAN M. KELLY, ESQ. (IL SBN 2567931)
*rkelly@andersonwanca.com*
(Pro Hac Vice to be submitted)
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: (847) 368-1500
Facsimile: (847) 368-1501