JOHN R. HABASHY - SBN
(john@lexiconlaw.com)
**LEXICON LAW, PC**
633 W. Fifth St., 28th Floor
Los Angeles, CA 90071
Telephone: 213-233-5900
Fax: 888-373-2107

Local Counsel for Plaintiff and the Proposed Class

Ryan M. Kelly (Pro Hac Vice)
(rkelly@andersonwanca.com)
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501

Counsel for Plaintiff and the Proposed Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE PAPPAS, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>GOODRX, INC. and GOODRX HOLDINGS, INC., Delaware corporations,<br><br>Defendants. | Case No.: 2:20-cv-07145<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

1 | Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, GEORGE PAPPAS, through his undersigned attorneys, hereby voluntarily dismisses this action with prejudice, class allegations without prejudice, each side to bear its own costs.

DATED: September 2, 2020          LEXICON LAW, PC

By: */s/ John R. Habashy*
JOHN R. HABASHY

ANDERSON + WANCA
RYAN M. KELLY *(pro hac vice)*

Attorneys for Plaintiff